**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL S. ESSIS and REBECCA A. ESSIS,** | : | |
| **Plaintiffs** | : | **No. 1:24-cv-01383** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **UNITED STATES AUTOMOBILE ASSOCIATION,** | : | |
| **Defendant** | : | |

**ORDER**

**AND SO**, on this 24th day of September 2026, upon consideration of Defendant's motion to dismiss (Doc. No. 33) and motion for leave to file an affidavit (Doc. No. 40) in support of its motion to dismiss, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss (Doc. No. 33) and motion for leave (Doc. No. 40) are **GRANTED**;

2. Plaintiffs' complaint (Doc. No. 1) is **DISMISSED** for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3); and

3. The Clerk of Court is directed to **CLOSE** the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania